**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| Norman IP Holdings, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:13-cv-384 |
| TP-LINK TECHNOLOGIES COMPANY, ET AL., | § § § § | **Jury Trial Demanded** |
| Defendants. | § | |

## PLAINTIFF NORMAN IP HOLDINGS, LLC'S ANSWER TO DEFENDANT CRESTRON ELECTRONICS, INC.'S COUNTERCLAIMS

Plaintiff Norman IP Holdings, LLC ("Norman"), hereby responds to the counterclaims asserted in Defendant Crestron Electronics, Inc.'s ("Crestron") Answer, Affirmative Defenses, and Counterclaims to Plaintiff's First Amended Complaint ("the Counterclaims") as follows. The numbered paragraphs in Norman's Answer below correspond to the like-numbered paragraphs of the Counterclaims. Except as expressly admitted below, Norman denies the allegations and characterizations in Crestron's Counterclaims, and in support thereof would show the following:

## ANSWER TO COUNTERCLAIMS

### The Parties

164. Upon information and belief, admitted.

165. Denied.

### Jurisdiction and Venue

166. Admitted.

167. Admitted.

### **Counterclaim Count I – Non-Infringement of U.S. Patent No. 5,592,555**

168. Denied.

169. Denied.

170. Denied.

### **Counterclaim Count II – Invalidity of U.S. Patent No. 5,592,555**

171. Denied.

172. Denied.

173. Denied.

174. Denied.

### **Counterclaim Count III – Unenforceability Due to Inequitable Conduct**

175. Denied.

176. Denied.

### **Counterclaim Count IV – Unenforceability under Equitable Doctrine**

177. Denied.

### **Counterclaim Count V – Breach of Contract**

178. Plaintiff lacks information sufficient to admit or deny, and therefore denies same.

179. Plaintiff lacks information sufficient to admit or deny, and therefore denies same.

180. Plaintiff lacks information sufficient to admit or deny, and therefore denies same.

181. Plaintiff lacks information sufficient to admit or deny, and therefore denies same.

182. Admitted.

183. Admitted.

184. Denied.

185. Denied.

186. Denied.

187. Denied.

188. Denied.

189. Denied.

190. Denied.

### Counterclaim Count VI – Exceptional Case

191. Denied.

192. Admitted.

193. Admitted.

194. Admitted.

195. Denied.

196. Denied.

197. Denied.

198. Admitted.

199. Plaintiff lacks information sufficient to admit or deny, and therefore denies same.

200. Denied.

201. Admitted.

202. Plaintiff lacks information sufficient to admit or deny, and therefore denies same.

203. Admitted.

204. Denied.

205. Denied.

206. Plaintiff lacks information sufficient to admit or deny, and therefore denies same.

207. Denied.

208. Denied.

209. Denied.

210. Denied.

211. Denied.

212. Admitted.

213. Admitted.

214. Admitted.

215. Admitted.

216. Plaintiff lacks information sufficient to admit or deny, and therefore denies same.

217. Admitted that a typo was made. Denied that a false representation was made.

218. Admitted.

219. Admitted.

220. Admitted.

221. Denied.

222. Admitted.

223. No factual assertion is made in paragraph 223.

224. Admitted.

225. Admitted.

226. Admitted.

227. Admitted.

228. Denied.

229. Denied.

230. Denied.

231.	No factual assertion is made in paragraph 231.

232.	Denied.

233.	Denied.

234.	Admitted.

235.	Admitted.

236.	Denied.

237.	Denied.

238.	Denied.

**ANSWER TO CRESTRON ELECTRONICS, INC.'S PRAYER FOR RELIEF**

Norman denies that Crestron is entitled to any of the relief requested in its Counterclaims.

**Prayer for Relief**

WHEREFORE, Plaintiff, Norman IP Holdings, requests that Defendant, Crestron Electronics, Inc., take nothing against Plaintiff by reason of its counterclaims against Plaintiff, that Plaintiff be awarded the relief sought in its Complaint, that the Court dismiss Crestron's Counterclaims against Plaintiff in their entirety with prejudice, that Plaintiff be awarded its costs of suit, including attorneys' fees, and that the Court grant such other and further relief as it deems just and proper.

Respectfully submitted,

Dated:  May 15, 2014                    By: /s/ *Andrew G. DiNovo*
                                                                     Andrew G.  DiNovo
                                                                     Texas State Bar No. 00790594
                                                                     Adam G. Price
                                                                     Texas State Bar No. 24027750
                                                                     Chester J. Shiu
                                                                     Texas State Bar No. 24071126
                                                                     **DiNovo Price Ellwanger & Hardy LLP**
                                                                     7000 N.  MoPac Expressway, Suite 350
                                                                     Austin, Texas  78731

                        Telephone:  (512) 539-2626
                        Telecopier:  (512) 539-2627

                **ATTORNEYS FOR PLAINTIFF**
                **NORMAN IP HOLDINGS, LLC'S**

## **CERTIFICATE OF SERVICE**

     The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to FED. R. CIV. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 15th day of May, 2014

                                                 /s/ *Andrew G. DiNovo*
                                                 Andrew G. DiNovo