**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| NORMAN IP HOLDINGS, LLC,<br>*Plaintiff*,<br>v.<br>TP-LINK TECHNOLOGIES, CO.,<br>*Defendant*. | No. 6:13-cv-384 LED-JDL<br>LEAD CASE |
| NORMAN IP HOLDINGS, LLC,<br>*Plaintiff*,<br>v.<br>CRESTRON ELECTRONICS, INC.,<br>*Defendant*. | No. 6:13-cv-394 LED-JDL<br>CONSOLIDATED CASE |

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**
**OF DEFENDANT CRESTRON ELECTRONICS, INC.**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Norman IP Holdings, LLC ("Norman") and Defendant Crestron Electronics, Inc. ("Crestron") hereby stipulate to and move for dismissal *with prejudice* of all claims by Norman against Crestron and all counterclaims by Crestron against Norman.

The parties further move this Court to order that all costs and expenses relating to this litigation up to the time of dismissal shall be borne by the party incurring same. A proposed Order accompanies this Motion pursuant to Local Court Rule CV-7(a).

Dated: May 29, 2014

Respectfully submitted,

/s/ William C. Bergmann [*with permission*]
WILLIAM C. BERGMANN
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036-5304
Telephone: (202) 861-1500
Facsimile: (202) 861- 1783
Email: wbergmann@bakerlaw.com

HARRY GILLAM
Gillam & Smith LLP
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: gil@gillamsmithlaw.com

**ATTORNEYS FOR DEFENDANT CRESTRON ELECTRONICS, INC.**

/s/ Andrew G. DiNovo
Andrew G. DiNovo
Adam G. Price
Chester J. Shiu
DINOVO PRICE ELLWANGER & HARDY LLP
7000 N. MoPac Expressway
Suite 350
Austin, TX 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627
Email: adinovo@dpelaw.com

**ATTORNEYS FOR PLAINTIFF NORMAN IP HOLDINGS, LLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing documents was filed electronically in compliance with Local Rule CV-5(a). As such, this was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. Proc. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 29th day of May, 2014.

/s/ Andrew G. DiNovo
Andrew G. DiNovo