UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NORMAN IP HOLDINGS, LLC, <br><br> *Plaintiff,* <br> v. <br><br> TP-LINK TECHNOLOGIES, CO., <br><br> *Defendant.* | No. 6:13-cv-384 JDL <br><br> LEAD CASE |
| NORMAN IP HOLDINGS, LLC, <br><br> *Plaintiff,* <br> v. <br><br> CRESTRON ELECTRONICS, INC., <br><br> *Defendant.* | No. 6:13-cv-394 JDL <br><br> CONSOLIDATED CASE |

## ORDER OF DISMISSAL WITH PREJUDICE
## OF DEFENDANT CRESTRON ELECTRONICS, INC.

The Joint Motion for Dismissal pursuant to Fed. R. Civ. P. 41(a) as to Defendant Crestron Electronics, Inc. ("Crestron") is hereby granted. All claims of Plaintiff Norman IP Holdings, LLC ("Norman") against Defendant Crestron Electronics, Inc. and all counterclaims by Crestron against Norman shall be, and are hereby, DISMISSED WITH PREJUDICE. Each party shall bear its own costs in connection herewith.

**So ORDERED and SIGNED this 4th day of June, 2014.**

*[signature]*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE